UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
SPECIFIED TESTING LABS, LLC, et al.,    :
                                                  :
                         Plaintiffs,   :
                                                  :           22-cv-1946 (VSB)
                  -against-                      :
                                                  :                 **ORDER**
ELIZABETH DUNN, et al.,                      :
                                                  :
                               Defendants.   :
                                                  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On April 20, 2022, I conducted a hearing on Plaintiff's motion for a preliminary injunction.  (Doc. 9.)  I stated my findings at that hearing, which will be detailed in a forthcoming Opinion & Order.  Accordingly, it is hereby:

        ORDERED that Plaintiff's motion for a preliminary injunction is DENIED.

        IT IS FURTHER ORDERED that Defendants' deadline to answer, move, or otherwise respond to the Complaint is May 9, 2022.

Dated: April 20, 2022
          New York, New York

                                                Vernon S. Broderick
                                                United States District Judge